# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SAIM SARWAR, Individually,

        Plaintiff,

v.

OAHMSHIV CORPORATION, INC., a Massachusetts Corporation,

        Defendant.

_____

**Case No.:** 1:20-cv-12144

## Notice of Dismissal

The plaintiff, Saim Sarwar, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(I), hereby dismisses plaintiff's claims in this action against Oahmshiv Corporation, Inc. with prejudice in accordance with an agreement reached between the parties.

Dated: July 1, 2022          Respectfully submitted,

        /s/John A. Curseaden
        John A. Curseaden, Esq. (BBO # 562737)
        Curseaden Law Office
        301 Littleton Road # 705
        Westford, MA 01886
        curseadenlaw@gmail.com
        978-267-7656